No. D–1288. IN RE DISBARMENT OF CORREA. Dennis D. Correa, of St. Petersburg, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on July 22, 1993 [509 U. S. 937], is hereby discharged.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and expenses granted, and the River Master is awarded $6,496.59 for the period April 1 through June 30, 1993, to be paid equally by the parties. [For earlier order herein, see, e. g., 508 U. S. 937.]

No. 111, Orig. DELAWARE ET AL. v. NEW YORK. Motion of Delaware to strike the amended complaints in intervention denied. Amended complaints in intervention and answers of New York are referred to the Special Master. Counterclaims of New York are stricken without prejudice to move for leave to file such counterclaims in this Court. Should such leave be sought and responses filed with this Court, the motion and responses will be referred to the Special Master. [For earlier decision herein, see, e. g., 507 U. S. 490.]

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of New York for leave to file a surreply brief denied. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–989. TENNESSEE v. MIDDLEBROOKS; and TENNESSEE v. EVANS. Sup. Ct. Tenn. [Certiorari granted, 507 U. S. 1028.] Motion of respondent Donald Ray Middlebrooks to dismiss the writ for lack of jurisdiction denied.

No. 92–1392. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. SCHOOLCRAFT ET AL.; and
No. 92–1395. ROERS, DIRECTOR OF MINNESOTA DISABILITY DETERMINATION SERVICES, ET AL. v. SCHOOLCRAFT ET AL. C. A. 8th Cir. Motion of the parties to defer consideration of petitions for writs of certiorari granted.